IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hernandez, Robert D

Printed: 7/29/08

Case Number: 04 B 03471
Judge: Wedoff, Eugene R
Filed: 1/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,758.18 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 19,871.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,196.00 |
| Trustee Fee: |  | 1,136.53 |
| Other Funds: |  | 1,554.07 |
| Totals: | 23,758.18 | 23,758.18 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Tucker, Pavesich & Assoc Ltd | Administrative | 1,196.00 | 1,196.00 |
| 2. | Resurgent Capital Services | Unsecured | 1,447.20 | 1,447.20 |
| 3. | Resurgent Capital Services | Unsecured | 1,194.37 | 1,194.37 |
| 4. | Resurgent Capital Services | Unsecured | 1,228.48 | 1,228.48 |
| 5. | Resurgent Capital Services | Unsecured | 5,089.62 | 5,089.62 |
| 6. | Resurgent Capital Services | Unsecured | 3,198.02 | 3,198.02 |
| 7. | Resurgent Capital Services | Unsecured | 368.22 | 368.22 |
| 8. | Retailers National Bank | Unsecured | 579.43 | 579.43 |
| 9. | Resurgent Capital Services | Unsecured | 984.47 | 984.47 |
| 10. | ECast Settlement Corp | Unsecured | 2,949.56 | 2,949.56 |
| 11. | RoundUp Funding LLC | Unsecured | 379.38 | 379.38 |
| 12. | Kohl's/Kohl's Dept Stores | Unsecured | 325.14 | 325.14 |
| 13. | Max Recovery Inc | Unsecured | 299.66 | 299.66 |
| 14. | Max Recovery Inc | Unsecured | 1,828.03 | 1,828.03 |
| 15. | Amoco Associates Credit Card | Unsecured |  | No Claim Filed |
| 16. | Forster & Garbus | Unsecured |  | No Claim Filed |
| 17. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 18. | Service Merchandise | Unsecured |  | No Claim Filed |
| 19. | Forster & Garbus | Unsecured |  | No Claim Filed |
| 20. | Alegis Group Loan Servicing LP | Unsecured |  | No Claim Filed |
| 21. | Pep Boys | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,067.58 | $ 21,067.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hernandez, Robert D

Printed:  7/29/08

Case Number:  04 B 03471
Judge:  Wedoff, Eugene R
Filed:  1/30/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 56.45 |
| 4% | 103.36 |
| 6.5% | 264.23 |
| 3% | 41.18 |
| 5.5% | 234.68 |
| 5% | 89.51 |
| 4.8% | 128.90 |
| 5.4% | 218.22 |
|  | _____ |
|  | $ 1,136.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

